**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Melissa Erickson,

Plaintiff,

v.

Capital One Services, LLC, and
Trans Union, LLC,

Defendants.

Case No.: 16-cv-934 (RHK/JSM)

**CERTIFICATE OF SERVICE ON PROPOSED ORDER**

---

I hereby certify that on October 13, 2016, I caused the **[Proposed] Order of Dismissal** re Stipulation of Dismissal With Prejudice Dkt. #24 to be filed with the court via email to the following judge who is considering the motion:

**The Honorable Richard H. Kyle**
kyle_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **Bradley D Fisher**
  bfisher@fisherbren.com,tkreie@fisherbren.com,kcarpenter@fisherbren.com
- **Erin L Hoffman**
  erin.hoffman@faegrebd.com,terrilyn.storlien@faegrebd.com
- **Andrew S. Meyers**
  ameyers@schuckitlaw.com,alehmann@schuckitlaw.com,rputerbaugh@schuckitlaw.com, mpate@schuckitlaw.com,acormany@schuckitlaw.com
- **Jessica Z Savran**
  jessica.savran@faegrebd.com,pam.jarnberg@faegrebd.com
- **Amy M Sieben**
  asieben@fisherbren.com,tkreie@fisherbren.com,kcarpenter@fisherbren.com
- **Kathleen M Wagner**
  kwagnerlawllc@gmail.com

Dated: October 13, 2016

s/ Jessica Z. Savran
Erin L. Hoffman (#0387835)
Jessica Z. Savran (#0348983)
Attorneys for Defendant
Capital One Bank (USA), N.A.
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
erin.hoffman@faegrebd.com
jessica.savran@FaegreBD.com